IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAITRAM, L.L.C., and INTRALOX, L.L.C.,<br><br>Plaintiffs,<br><br>v.<br><br>ASHWORTH BROS., INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) C. A. No. 19-1130-LPS<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND [PROPOSED] ORDER TO STAY ACTION**

WHEREAS, Plaintiffs Laitram, L.L.C., and Intralox, L.L.C. filed a complaint against Defendant Ashworth Bros., Inc. alleging infringement of U.S. Patent Nos. 10,023,388 (the "'388 Patent") and 10,189,645 (the "'645 Patent"); and

WHEREAS, on August 31, 2020, the Patent Trial and Appeal Board ("PTAB") of the United States Patent and Trademark Office ("PTO") instituted two *inter partes* review proceedings:  (1) IPR2020-00593 directed to the '388 Patent; and (2) IPR2020-00594 directed to the '645 Patent (collectively, the "IPRs");

WHEREAS, the Parties have met and conferred and have agreed to the entry of a stay in the above action pending the outcome of both IPRs;

THE PARTIES HEREBY STIPULATE AND AGREE, subject to the Court's approval, as follows:

1. This action is STAYED until the final disposition of both IPRs, including any appeal, reconsideration, and/or rehearing.

2. Within five (5) business days of the date of final disposition of both IPRs, the parties shall file a joint status report informing the Court of the resolution of the IPRs.

DATED: September 8, 2020

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ Anthony D. Raucci* | */s/ Karen L. Pascale* |
| Jack B. Blumenfeld (#1014) | Karen L. Pascale (#2903) |
| Anthony D. Raucci (#5948) | Robert M. Vrana (#5666) |
| 1201 North Market Street | Rodney Square |
| Wilmington, DE 19899 | 1000 North King Street |
| (302) 658-9200 | Wilmington, DE 19801 |
| jblumenfeld@mnat.com | (302) 571-6600 |
| araucci@mnat.com | kpascale@ycst.com |
| | rvrana@ycst.com |
| *Attorneys for Plaintiffs, Laitram L.L.C. and Intralox, L.L.C.* | *Attorneys for Defendant, Ashworth Bros., Inc.* |

IT IS SO ORDERED this _____ day of September, 2020.

_____
CHIEF, UNITED STATES DISTRICT JUDGE